

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

| | |
|---|---|
| Appellate case name: | Robert Salazar, Elia Salazar, and/or All Occupants of 6327 Darby Way, Spring, TX 77338 v. HPA Texas Sub 2016-1 LLC |
| Appellate case number: | 01-19-00330-CV |
| Trial court case number: | 1124430 |
| Trial court: | County Court at Law No. 1 of Harris County |

Appellants, Robert Salazar and Elia Salazar, have filed a notice of appeal of the trial court's March 27, 2019 final judgment in a forcible detainer proceeding. The judgment awards appellee, HPA Texas Sub 2016-1 LLC, possession of the property and sets the supersedeas bond in the amount of $28,350.00. On May 2 and May 6, 2019, appellants filed an emergency motion to stay enforcement of the trial court judgment and set the amount of the supersedeas bond at $1,000.00.

We **deny** appellants' motions. *See* TEX. PROP. CODE ANN. § 24.007 ("A judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court."); *see also Marshall v. Hous. Auth. of the City of San Antonio*, 198 S.W.3d 782, 786 (Tex. 2006) ("[I]f a proper supersedeas bond is not filed, the judgment may be enforced, including issuance of a writ of possession evicting the tenant from the premises."); *Guillen v. U.S. Bank, N.A.*, 494 S.W.3d 861, 865 (Tex. App.—Houston [14th Dist.] 2016, no pet.) ("If the supersedeas bond is not posted, then the writ will be executed . . . ."); *cf.* TEX. R. APP. P. 24 (providing for suspension of enforcement of judgment and review of trial court order on supersedeas).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
            ☑ Acting individually    ☐ Acting for the Court

Date: May 6, 2019